UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 20-05600 |
| Anthony R Meeks | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 775 MARSTON AVE., GLEN ELLYN, IL 60137**

This matter coming to be heard on the Motion for Relief from Stay and Co-Debtor Stay (Dkt. #33) which was filed by Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Movant"), the Movant and Anthony R Meeks (the "Debtor"), by and through his attorneys, having agreed to a course of action which will condition the continuation of the automatic stay and co-debtor stay upon certain provisions incorporated herein for the protection of the Movant;

IT IS HEREBY ORDERED/STIPULATED THAT:

1. The Debtor failed to make regular monthly mortgage payments to the Movant and is currently in default for the months of March 2020 through April 2021, incurring a total post-petition arrearage of $54,479.16, which consists of 14 post-petition payments for March 1, 2020 through April 1, 2021 of $3,802.94 each, and attorney fees and costs of $1,238.00. There is $113.48 in suspense, which reduces the total post-petition arrearage to $54,365.68.

2. In order to eliminate said post-petition delinquency, the Debtor has applied for a loan modification. The Movant is currently reviewing the application to determine if a permanent loan modification can be approved.

3. The Movant anticipates that the loan modification process will take an additional sixty (60) days to complete.

4. In the event that the Debtor is not approved for a loan modification within sixty (60) days from the date of this order, the Movant shall file a Motion to Reset the hearing on the Motion for Relief from the Automatic Stay and Co-Debtor Stay.

5. If the above-captioned bankruptcy case is converted to chapter 7, dismissed, or discharged, this order shall be terminated and have no further force or effect.

/s/Edward H. Cahill
Attorney for Creditor

/s/Lincoln M. King
Attorney for Debtor

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 26, 2021

**Prepared by:**

Edward H. Cahill (0088985)
Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant